**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | **CASE NUMBER 6:18-CR-00015-RWS** |
| **v.** | § | |
| | § | |
| | § | |
| **JIMMY LEE MAYS,** | § | |
| | § | |

**ORDER ADOPTING
THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The above-styled matter was referred to the Honorable John D. Love, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge John D. Love conducted a hearing on **TUESDAY, JUNE 26, 2018**, in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation. Docket No. 24. Judge John D. Love recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement. He further recommended that the Court finally adjudge Defendant as guilty of **Count One** of the **Indictment** which charges a violation of Title 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm. The Court is of the opinion that the Report and Recommendation should be accepted. The parties waived their objection period. It is accordingly **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Docket No. 24) is **ADOPTED.** It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court. Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant **GUILTY** of **Count One** of the **Indictment** in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against the Defendant as to **Count One** of the **Indictment**.

**SIGNED this 28th day of June, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE